**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DR. STEPHEN K. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:   1:06 CV 00606-RWR |
| vs. | ) | |
| CARLA J. MARTIN, Individually, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Plaintiff herein moves for a one-week extension of time in which to file his Opposition to Defendant's Motion to Stay the Proceeding, or, in the Alternative to Extend the Time to File a Responsive Pleading and Respond to Discovery Requests. Plaintiff's counsel has conferred with counsel for the Defendant, and counsel has no objection to this extension of time until May 22, 2006, for Plaintiffs to respond.

As counsel for Plaintiff and Defendant Carla Martin have consented to this extension of time, there is no prejudice to the parties or the efficient management of this case.

Respectfully Submitted,

____/s/ Mary Schiavo_____
Mary Schiavo
DC Bar No. 440175
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

Case 1:06-cv-00606-RWR    Document 5    Filed 05/15/2006    Page 2 of 2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 15th day of May 2006, a copy of the above and foregoing  Consent Motion was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.


/s/ Mary Schiavo_____
Mary Schiavo