**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. STEPHEN K. HOLLAND, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   vs. | ) Case No.: 1:06 CV 00606-RWR |
| CARLA J. MARTIN, Individually, | ) |
| | ) |
|       Defendant | ) |
| | ) |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STAY THE PROCEEDING**

    For the reasons set forth in Plaintiff's Response to Defendant's Motion to Stay the Proceeding, or in the Alternative, to Extend the Time to File a Responsive Pleading and Respond to Discovery Requests and Memorandum in Support, it is hereby ordered that Defendant's Motion to Stay the Proceeding is denied.

    The defendant is ordered to file an answer by June 12, 2006 with Responses to discovery requests due 10 days thereafter.

    Entered this _____ day of May, 2006.

_____
Judge Richard W. Roberts
United States District Court Judge