UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. STEPHEN K. HOLLAND,<br>      Plaintiff,<br>vs.<br><br>CARLA J. MARTIN, Individually,<br>      Defendant | )<br>)<br>)<br>)<br>) Case No.: 1:06 CV 00606-RWR<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF CORRECTION</u>**

     Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1. The full residence address of the plaintiff is:

    Dr. Stephen K. Holland
    26 Silver Hill Road
    Sudbury, MA 01776

                                                Respectfully Submitted,

                                                <u>/s/ Mary Schiavo</u>
                                                Mary Schiavo
                                                DC Bar No. 440175
                                                Motley Rice, LLC
                                                28 Bridgeside Blvd.,
                                                P.O. Box 1792
                                                Mt. Pleasant, SC 29465
                                                (843) 216-9000